IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID A. MORRIS                                                                PLAINTIFF

v.                                    CIVIL NO. 18-02209

ANDREW SAUL[1], Commissioner                                          DEFENDANT
Social Security Administration

## **JUDGMENT**

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 25th day of November 2019.**

                                                /s/   *Erin L. Wiedemann*
                                                HON. ERIN L. WIEDEMANN
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul has been appointed to serve as Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.